UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| TROY K. SCHEFFLER, | COURT FILE NO.: 12-cv-00189 (DWF/SER) |
| Plaintiff, | |
| v. | **NCO FINANCIAL SYSTEMS, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| NCO Financial Systems, Inc., | |
| Defendant. | |

---

NOW INTO COURT, through undersigned counsel, comes defendant, NCO Financial Systems, Inc. (NCO), which, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

NCO Financial Systems, Inc., a Pennsylvania corporation, is wholly owned by Compass International Services Corporation, a Delaware corporation. All of the above-mentioned corporations are wholly owned by NCO Group, Inc, a Delaware corporation. One Equity Partners and its corporate affiliates, which are affiliates of JP Morgan Chase & Co., own approximately 88% of NCO Group, Inc. stock.

**ERSTAD & RIEMER, P.A.**

Dated:   3/22/12

By:   s/Thomas H. Schaefer
Thomas H. Schaefer (#0231587)
Attorneys for Defendant NCO
8009 34th Avenue South, Suite 200
Minneapolis, MN 55425
Direct Line: 952-837-3250
Direct Fax: 952-767-7050
E-Mail: tschaefer@erstad.com