UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| TROY K. SCHEFFLER, | COURT FILE NO.: 12-CV-00189 (DWF/SER) |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

**THE UNDERSIGNED ATTORNEYS** hereby advise the Court that all remaining claims in the above-entitled cause of action have been fully compromised and settled. Therefore,

**IT IS HEREBY STIPULATED** by and between all parties hereto, through their respective undersigned attorneys, that the above lawsuit may be and hereby is dismissed on its merits and with prejudice.

**IT IS FURTHER STIPULATED** that without further notice, a judgment of dismissal with prejudice and upon the merits of all claims, without costs or disbursements to any of the parties, may be entered herein.

**PETER J. NICKITAS LAW OFFICE, LLC**

Dated: 5/30/12

By: s/Peter J. Nickitas
Peter J. Nickitas (#212313)
Attorney for Plaintiff
431 S. 7th Street, Suite 2446
P.O. Box 15221
Minneapolis, MN 55415-0221
Phone: 651-238-3445
Facsimile: 951-546-6666
E-Mail: petern5@aol.com

**ERSTAD & RIEMER, P.A.**

Dated: 5/30/12

By: s/Thomas H. Schaefer
Thomas H. Schaefer (#0231587)
8009 34th Avenue South, Suite 200
Minneapolis, MN 55425
Direct Line: 952-837-3250
Direct Fax: 952-767-7050
E-Mail: tschaefer@erstad.com

and

SESSIONS, FISHMAN, NATHAN & ISRAEL
Louis Leonard Galvis
645 Stonington Lane
Fort Collins, CO 80525
Phone: 970-223-4420
E-Mail: lgalvis@sessions-law.biz

Attorneys for Defendant NCO Financial Systems, Inc.