UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Troy K. Scheffler,                                                  Civil No. 12-189 (DWF/SER)

          Plaintiff,

v.                                                                  **ORDER FOR DISMISSAL
                                                                    WITH PREJUDICE**

NCO Financial Systems, Inc.,

          Defendant.

Pursuant to the Stipulation for Dismissal With Prejudice, having been presented to the Court on behalf of the remaining parties, (Doc. No. [14]),

**IT IS HEREBY ORDERED** that the above-entitled action be, and the same hereby is, **DISMISSED WITH PREJUDICE** and on its merits and without costs or disbursements to any party.

Dated:  May 31, 2012        s/Donovan W. Frank
                                     DONOVAN W. FRANK
                                     United States District Judge